UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 07-49340-MLO |
| | § | |
| LEWIS YEPEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATION FOR COMPENSATION
# AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Wendy Turner Lewis, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days after the date of service of this notice pursuant to Fed. R. Bankr. P. 9006(a), upon the trustee, any party whose application is being challenged and to the United States Trustee. If a response or answer is timely filed and served, the clerk will schedule a hearing and the objecting party will be served with a notice of the date, time and location of the hearing. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:                    By: /s/ Wendy Turner Lewis
                               Trustee

Wendy Turner Lewis
444 West Willis, Suite 101
Detroit, MI 48201

Phone: (313) 832-5555
Fax: (313) 832-5566

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 07-49340-MLO |
| | § | |
| LEWIS YEPEZ | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $19,172.00
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $19,172.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $19,172.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Wendy Turner Lewis, Trustee Fees | $1,815.56 | $0.00 | $1,815.56 |
| Wendy Turner Lewis, Trustee, Trustee Expenses | $75.00 | $0.00 | $75.00 |
| GOLD LANGE & MAJOROS PC, Attorney for Trustee Fees | $2,115.00 | $0.00 | $2,115.00 |
| EZRA GOLDMAN, ESQ., Special Counsel for Trustee Expenses | $5.65 | $0.00 | $5.65 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |
| Other: EZRA GOLDMAN, ESQ., Special Counsel for Trustee Fees | $6,384.38 | $0.00 | $6,384.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $10,655.59 |
| Remaining balance: | $8,516.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $8,516.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $8,516.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $8,516.41 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $8,516.41 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $8,516.41 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $8,516.41.

Prepared By: /s/ Wendy Turner Lewis
Trustee

Wendy Turner Lewis
444 West Willis, Suite 101
Detroit, MI 48201

Phone: (313) 832-5555
Fax: (313) 832-5566

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

In re:
Lewis Yepez
    Debtor

Case No. 07-49340-mlo
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: lmoss     Page 1 of 2     Date Rcvd: May 08, 2020
                    Form ID: pdf02    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
```
db              Lewis Yepez,    23416 Helen,    Saint Clair Shores, MI  48080
15188580       +CMS,    PO Box 5533,    Marion, IL 62959-0965
15188576       +Cbc/michigan Healthcar,    29777 Telegraph Rd Ste 3,    Southfield, MI 48034-7644
15188578       +Citifinancial Retail S,    Po Box 499,    Hanover, MD 21076-0499
15188581       +Credit Union One,    400 E 9 Mile Rd,    Ferndale, MI 48220-1774
15188582       +Credit Union One,    PO Box 923148,    Norcross, GA 30010-3148
15188585       +First Revenue Assuranc,    200 Fillmore St Ste 300,    Denver, CO 80206-5024
15188587       +Hsbc/rs,    Pob 15521,    Wilmington, DE 19850-5521
15188575      ++INFIBANK NA,    C O FNCCC,    1620 DODGE ST SC 3106,    OMAHA NE 68197-0001
                (address filed with court:  Cardmember Services,     PO Box 923148,    Norcross, GA 30010)
15188591        K-Mart,    c/o Palmer, Reifler & Assoc.,    Po Box 312228,    Detroit, MI 48231
15188593       +Lhr Inc,    56 Main St,    Hamburg, NY 14075-4905
15188595       +MCI,    23235 Network,    Chicago, IL 60673-1232
15188594       +Mary Jane M. Elliott, Esq., P.C.,     24300 Karim Blvd.,    Novi, MI 48375-2942
15188596       +Mdwstrn Audt,    5555 Gull Rd Suite 105,    Kalamazoo, MI 49048-7640
15188597       +Nationwide Credit Inc,    2015 Vaughn Rd Nw Ste 30,    Kennesaw, GA 30144-7802
15188598       +Neurological Surgery,    30200 Telegraph Rd,    #179,    Franklin, MI 48025-4506
15188599       +Omnium Worldwide,    7171 Mercy Rd.,    Omaha, NE 68106-2620
15188600       +Oxford Collection Serv,    135 Maxess Rd Ste 2a,    Melville, NY 11747-3801
15188601       +Progressive Management Systems,    1521 W. Cameron Ave.,    PO Box 2220,
                 West Covina, CA 91793-2220
15188603       +Tanya Zimmerman,    PO Box 323,    St. Clair, MI 48079-0323
15188606        William Beaumont Hospital - Troy,    c/o Patient Financial Services,
                 500 Stephenson Hwy., PO Box 5042,    Troy, MI 48007-5042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15188579       +E-mail/Text: mediamanagers@clientservices.com May 08 2020 23:43:36     Client Services, Inc.,
                 3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
15188583        E-mail/Text: G06041@att.com May 08 2020 23:44:17     Direct TV,    PO Box 6414,
                 Carol Stream, IL 60197
15188584       +E-mail/Text: convergent@ebn.phinsolutions.com May 08 2020 23:44:18      ERS Solutions,
                 800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
15188586       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 23:51:54      Gemb/meijer Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
15188577        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 08 2020 23:52:13      Chase,
                 800 Brooksedge Blvd,    Westerville, OH 43081
15188589       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 23:52:35      Jc Penney,    Po Box 981402,
                 El Paso, TX 79998-1402
15188592       +E-mail/Text: support@ljross.com May 08 2020 23:43:50     L J Ross And Associate,    Po Box 1838,
                 Ann Arbor, MI 48106-1838
15188604       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2020 23:43:30
                 Verizon Wireless,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
15188605       +E-mail/Text: RMOpsSupport@alorica.com May 08 2020 23:44:11     West Asset Management,
                 220 Sunset Blvd Ste A,    Sherman, TX 75092-7465
                                                                                               TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Andrew R. Vara
sp             Ezra N. Goldman
15188588*     ++INFIBANK NA,    C O FNCCC,    1620 DODGE ST SC 3106,    OMAHA NE 68197-0001
                (address filed with court:  Infibank,     3490 Piedmont Rd Ne Ste,    Atlanta, GA 30305)
15188574      ##+Allied Interstate, Inc.,    PO Box 361477,    Columbus, OH 43236-1477
15188590      ##+Jonathan Jacobs,    22811 Greater Mack,    STE L-10,    Saint Clair Shores, MI 48080-2052
15188602      ##+RMS,    PO Box 509,    Richfield, OH 44286-0509
                                                                                        TOTALS: 2, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
              Elias T. Majoros    on behalf of Trustee Wendy Turner Lewis emajoros@glmpc.com
              Michael P. DiLaura    on behalf of Debtor Lewis   Yepez miked@mikedlaw.com
              Wendy Turner Lewis   wtl@trustesolutions.net,   trustee@lewistrustee.com
                                                                                             TOTAL: 3
```