UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In The Matter Of: | In Bankruptcy: |
|---|---|
| LEWIS YEPEZ | Case No. 07-49340-MLO |
| | Chapter 7 |
| Debtor(s).    / | Hon. Maria L. Oxholm |

**CERTIFICATE OF DISTRIBUTION**

Wendy Turner Lewis, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $19,172.00 and disbursed $0.00, leaving a balance on hand of $19,172.00, which funds are deposited in an account at Veritex Community Bank;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Wendy Turner Lewis<br>Trustee Fee P/O 06/08/20 | $1,815.56 | 100.00 | $1,815.56 |
| Wendy Turner Lewis<br>Trustee Expense P/O 06/08/20 | $75.00 | 100.00 | $75.00 |
| GOLD LANGE & MAJOROS PC<br>Attorney for Trustee Fees P/O 06/08/20 | $2,115.00 | 100.00 | $2,115.00 |
| EZRA GOLDMAN, ESQ.<br>Special Counsel for Trustee Fees P/O 06/08/20 | $6,384.38 | 100.00 | $6,384.38 |
| EZRA GOLDMAN, ESQ.<br>Special Counsel for Trustee Exp. P/O 06/08/20 | $5.65 | 100.00 | $5.65 |
| UNITED STATES BANKRUPTCY COURT<br>Re-opening Fee | $260.00 | 100.00 | $260.00 |
| | | **Subtotal:** | **$10,655.59** |

| Surplus Funds Paid Back to Debtor | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| LEWIS YEPEZ | $8,516.41 | 100.00 | $8,516.41 |
| | | **Subtotal:** | **$8,516.41** |
| | | **Total:** | **$19,172.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

| | |
|---|---|
| Dated: June 08, 2020 | /s/ WENDY TURNER LEWIS<br>Wendy Turner Lewis, Chapter 7 Trustee<br>444 West Willis, Suite 101<br>Detroit, MI 48201<br>Phone: (313) 832-5555<br>E-mail: wtlewis@ameritech.net<br>P39505 |