Revised 7/2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

LEWIS YEPEZ

Case No. __07-49340__

Chapter ____7____

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned,_____LEWIS YEPEZ_____, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $__8,516.41__, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for __LEWIS YEPEZ__.

The applicant further states that:

1. (Indicate one of the following)

    X  Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

    ____  Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

    ____  Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment of Unclaimed Funds

Respectfully submitted this 11 day of JULY 20 23

LEWIS YEPEZ
**Name of Applicant**

_Signature of Applicant_

MR. LEWIS YEPEZ
**Name and Title of Applicant**

None
**Company Name**

9231 Dixie Highway
**Street Address**

Ira, MI 48023
**City and State**

313-479-6030
**Telephone number**

**Tax Identification**

XXX-XX- 9525
**Last 4 digits of Social Security Number**

**Claim Number, if applicable**

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re:

LEWIS YEPEZ

Case No.  07-49340

Chapter      7

## AFFIDAVIT OF CLAIMANT

I,  LEWIS YEPEZ                                        , do hereby state
that I am the claimant to the unclaimed funds released in this application and that I am,
to the best of my knowledge, the legal owner of these funds.

Mailing address:       9231 Dixie Highway

Ira, MI 48023

Phone number:       313-479-6030

Social security number **XXX-XX-** 9525                **Last 4 digits**

If claimant is a corporation, the federal tax ID number _____

    1.     Claimant History: Substantiate claimant's right to the claim; i.e. if the
payment is to an individual, include a copy of driver's license or state identification
card. If a corporation, include purchase agreements regarding the right to ownership.
Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received
remittance for this claim nor contracted with any other party other than the
person

**Page 2 of 2**

**Affidavit of Claimant**

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: <u>JULY 11, 2023</u>

<u>L Yepez</u>
Signature of Claimant

Sworn to and Subscribed before me this
<u>11</u> day of <u>July</u> 20<u>23</u>

NOTARY PUBLIC AT LARGE
STATE OF <u>Michigan</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re: LEWIS YEPEZ

Case No. 07-49340
Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

LEWIS YEPEZ

the sum of EIGHT THOUSAND FIVE HUNDRED AND SIXTEEN DOLLARS AND FOURTY ONE CENTS dollars ($ 8,516.41)

of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

I n re:

LEWIS YEPEZ

Case No. 07-49340

Chapter 7

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the ___11th___ day of ___JULY___

20 23 , a copy of the Application for Payment From Unclaimed Funds by _____

_____LEWIS YEPEZ_____ was served on the

United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: ___7/11/2023___          By: _____